[No. 45826-8-II.  Division Two.  June 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AYALNEH M. ANEBO, *Appellant*.

*Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Sutton, JJ.

[No. 45944-2-II.  Division Two.  June 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD R. SCOTT, *Appellant*.

*Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.

[No. 46340-7-II.  Division Two.  June 30, 2015.]

ROBERT KANANY, *Appellant*, v. THE CITY OF BONNEY LAKE ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 32149-5-III.  Division Three.  June 30, 2015.]

*In the Matter of the Parentage of* B.C.P. ET AL.

CHRISTOPHER PIERCE, *Respondent*, v. ELIZABETH BROUSSARD, *Appellant*.

*Reversed* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.